UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Petitioner,<br><br>     v.<br><br>BANK OF THE CASCADES,<br><br>            Respondent. | Case No. 1:10-CV-00502-EJL<br><br>**ORDER** |

Pending before the Court in the above-entitled matter is the United States' Petition to Enforce Internal Revenue Service ("IRS") Summons (Docket No. 1). The Court has previously determined that a show cause hearing should be set for Respondent Bank of the Cascades to set forth why it is not complying with the IRS summons at issue in this case. Docket No. 2. Bank of the Cascades filed a response to the Order to Show Cause on October 19, 2010 indicating it had no opposition and will comply with any order issued by the Court. Docket No. 5.

On October 22, 2010, MarCon, Inc. ("MarCon") and its majority shareholder Elaine J. Martin ("Martin") filed a motion to intervene as respondents and a response to

**ORDER - 1**

the Petition to Enforce IRS Summons.  Docket Nos. 6 and 7.  The United States objects to the motion to intervene.  Docket No. 8.

Having fully reviewed the record, the Court finds that the facts and legal arguments are adequately presented in the briefs and record.  Accordingly, in the interest of avoiding further delay, and because the Court conclusively finds that the decisional process would not be significantly aided by oral argument, this matter shall be decided on the record before this Court without oral argument.

The substantive rights of the IRS to issue the summons and MarCon's and Martin's right to contest the enforcement of the summons have previously been addressed by this Court in *Marcon, Inc. v. United States*, MC08-6562-S-EJL.  In the *Marcon* case, MarCon and Martin moved to quash the IRS summons at issue in the present case.  The Court rejected MarCon's and Martin's arguments and determined the IRS summons was validly issued by the IRS in accordance with the factors set forth in *Powell v. United States*, 379 U.S. 48 (1964).  The Court's ruling in *Marcon* was appealed to the Ninth Circuit.  This Court denied a stay on the enforcement of the December 2008 summons pending appeal.  The Ninth Circuit also denied MarCon and Martin's request for a stay pending appeal.  The United States alleges MarCon and Martin have threatened the Bank of the Cascades with litigation if the bank complies with the December 2008 IRS summons.

MarCon and Martin now seek to re-litigate the same issues decided in *Marcon* in

**ORDER - 2**

the form of challenging the December 2008 IRS summons as intervenors.  The request to intervene must be denied as MarCon and Martin are barred by the doctrine of *res judicata* from re-litigating the very issues previously presented in the related miscellaneous case.  MarCon and Martin admit in their response to the Petition that they are compelled to intervene in this new action to preserve arguments previously made to this Court and on review at the Ninth Circuit and that if the Court's decision is sustained by the Ninth Circuit, it is binding in the above-entitled action.

Pursuant to Fed. R. Civ. P. 24(a)(1) intervention must occur when persons are "given an unconditional right to intervene by federal statute."  Title 26 U.S.C. § 7609(b) provides taxpayers entitled to notice of summons to intervene in an enforcement proceeding in order to provide a limited procedural due process mechanism to taxpayers.  In this case, the challenge to the enforcement of the December 2008 IRS summons by the taxpayers occurred in the related miscellaneous case wherein the Court rejected the taxpayers' enforcement objections.  Since the purpose for the intervention has already been satisfied by the litigation of the motion to quash the enforcement of the summons, the requested intervention in the present case is duplicative and is barred by *res judicata*.  The Court acknowledges the previous arguments made in the miscellaneous *Marcon* case by MarCon and Martin and for the record once again rejects those legal arguments incorporating the legal analysis set forth in the *Marcon* opinions by reference.  The motion to intervene (Docket No. 6) is DENIED.

Because the Bank of the Cascades has indicated it will comply with the Court's

order regarding the enforcement of the December 2008 IRS Summons upon receipt of an order from the Court, the Court finds an order to show cause hearing is no longer necessary and VACATES the hearing set for November 19, 2010.

The Bank of the Cascades is hereby ORDERED to fully comply with the December 2008 IRS summons previously determined to be valid by this Court's April 27, 2010 Order and Judgment in the *Marcon* case. The Bank of the Cascades is ORDERED to produce the summoned information to the United States within five (5) business days of the date of this Order.

IT IS SO ORDERED.

DATED:  **November 16, 2010**

Honorable Edward J. Lodge
U. S. District Judge